UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DEVON BENNETT FORD,**

    **Plaintiff,**

**v.**                                                                 Case No.  8:05-cv-228-T-30TGW

**STATE OF FLORIDA DEPARTMENT
OF CORRECTIONS,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates that Plaintiff has failed to respond to the Court's Order to Show Cause (Dkt. #19) entered on November 4, 2005, wherein Plaintiff was required to show cause, in writing, as to his failure to effectuate service and failure to file a Second Amended Complaint in this cause.  A written response has not been filed.  It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on November 22, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-228.dismissal.wpd